**Fill in this information to identify the case:**

Debtor 1: Alisha Kay Brinkman aka Alisha K. Brinkman aka Alisha Kay Kadavy aka Alisha K. Kadavy

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: _____ District of Nebraska (State)

Case number: 19-41302-TLS

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** Quicken Loans Inc.

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 2 2 0 8

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: ___/___/___

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | _____ | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | _____ | (2) | $ _____ |
| 3. Attorney fees | _____ | (3) | $ _____ |
| 4. Filing fees and court costs | _____ | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 8/14/2019 | (5) | $ 500.00 |
| 6. Appraisal/Broker's price opinion fees | _____ | (6) | $ _____ |
| 7. Property inspection fees | _____ | (7) | $ _____ |
| 8. Tax advances (non-escrow) | _____ | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | _____ | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | _____ | (10) | $ _____ |
| 11. Other. Specify: Plan Review | 8/2/2019 | (11) | $ 150.00 |
| 12. Other. Specify:_____ | _____ | (12) | $ _____ |
| 13. Other. Specify:_____ | _____ | (13) | $ _____ |
| 14. Other. Specify:_____ | _____ | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1    Alisha Kay Brinkman aka Alisha K. Brinkman aka Alisha Kay Kadavy aka Alisha K. Kadavy
           First Name    Middle Name    Last Name

Case number (if known) 19-41302-TLS

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X _(signature)_      Date 08/16/2019

Print: Eric H. Lindquist
       First Name    Middle Name    Last Name

Title: Attorney for Creditor

Company: Eric H. Lindquist, P.C., L.L.O.

Address: 8712 West Dodge Road, Suite 260
         Number    Street
Omaha, NE 68114
         City    State    ZIP Code

Contact phone (402) 829 - 0400      Email elindquist@elindquistlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Postpetition Fees, Expenses, and Charges was served upon the debtor Alisha Kay Brinkman, 5350 Stockwell Street, Lincoln, NE 68506, by regular United States mail, postage prepaid, upon debtor's attorney of record Francis X. Skrupa, upon the trustee, Kathleen Laughlin and upon Jerry Jensen, Acting Assistant U.S. Trustee, via electronic notification, this 16th day of August, 2019.

*s/Eric H. Lindquist*
Eric H. Lindquist

LKB